USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NAMEL NORRIS,

                Plaintiff,

      -against-

MOBILE CITY NY 1 LLC, a New York limited liability company, d/b/a Mobile City NY-Sprint Store, and TSOUMPAS SISTERS INC., a New York corporation,

                Defendants.

------------------------------------------------------------------X

1:19-cv-03069-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The initial pretrial conference scheduled for February 23, 2020 is rescheduled for January 30, 2020 at 3 p.m. The joint letter and proposed case management plan described in the Court's April 19, 2019 order, Dkt No. 7, are due no later than January 23, 2020.

    SO ORDERED.

Dated: January 14, 2020
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge