UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>      Plaintiffs,<br><br>-against-<br><br>MOBILE CITY NY 1 LLC, a New York limited liability company, d/b/a MOBILE CITY NY-SPRINT STORE, and TSOUMPAS SISTERS INC., a New York corporation,<br><br>      Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/2/2020<br><br>1:19-cv-3069-MKV<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

  It having been reported to this Court by the Plaintiff that this case has been settled, it is hereby

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 1, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 2, 2020**
**New York, NY**

                 */s/ Mary Kay Vyskocil*
                 **MARY KAY VYSKOCIL**
                 **United States District Judge**